## 23RD JUDICIAL DISTRICT COURT FOR THE PARISH OF ASCENSION

## STATE OF LOUISIANA

NO.: 116972                                                    DIVISION: "C"

### BEVERLY HENRY, et al

### VERSUS

### DAVITA DIALYSIS CENTER OF DONALDSONVILLE, LOUISIANA

FILED: _____

                                       DEPUTY CLERK

### NOTICE OF REMOVAL

Notice is hereby given, as required under 28 U.S.C. § 1441, *et seq.*, that, on October 27, 2016, defendant, DVA Renal Healthcare, Inc. (erroneously named, "DaVita Dialysis Center of Donaldsonville, Louisiana), filed a Notice of Removal in the United States District Court for the Eastern District of Louisiana, removing this action captioned, *"Beverly Henry, et al vs. DaVita Dialysis Center of Donaldsonville, LA, et al"* Suit No. 116972, Division "C", that is pending in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. A copy of that Notice of Removal is attached as Exhibit A and has been served on all counsel of record.

In accordance with the terms of 28 U.S.C. § 1446, the State Court shall proceed no further with the action bearing No. 116972.

DATED this _21_ day of October, 2016.

                                        Respectfully Submitted:

                                        SIDNEY W. DEGAN, III (#4804)
                                        RICHARD C. BADEAUX (#21457)
                                        MARYANN G. HOSKINS (#20869)
                                        400 Poydras Street, Suite 2600
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 529-3333
                                        Facsimile: (504) 529-3337
                                        *Counsel for Defendant, DVA Renal Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been sent to all known counsel of record, by:

o   United States mail, properly addressed and postage prepaid.

o   Certified United States mail, return receipt requested, properly addressed and postage prepaid.

o   Facsimile transmission with confirmation.

o   Hand Delivery.

o   E-Mail transmission.

This, the 27 day of October, 2016.

_____

MARYANN G. HOSKINS

## CITATION

BEVERLY HENRY et al                    23RD JUDICIAL DISTRICT COURT

VERSUS                                      PARISH OF ASCENSION

DAVITA DIALYSIS CENTER                 STATE OF LOUISIANA


DOCKET NUMBER: 00116972C

SERVE: DVA RENAL HEATHCARE INC  THRU AGENT
       CORPORATION SERVICE COMPANY
       501 LOUISIANA AVENUE
       BATON ROUGE, LA.  70802

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney SAMUELS, KARA HADICA and was
issued by the Clerk of Court on the 21ST day of SEPTEMBER, 2016.


                          _Brittney Falcon_____
                          Deputy Clerk of Court for
                          Bridget Hanna, Clerk of Court



*************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
*************************************************************************
-------------------------------------------------------------------------
                          SHERIFF'S RETURN
Received on the _____ day of _____ ,20___ and on the _____ day
of _____ , 20 ___  served the above named party as follows:
DATE SERVICE ATTEMPTED:_____  TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____  TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____  TIME SERVICE ATTEMPTED:_____AM/PM
TYPE OF SERVICE:
___ PERSONAL
___ DOMICILIARY _____
    ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
___ MOVED (NEW ADDRESS)_____    ___ MOVED, ADDRESS UNKNOWN
___ NOT KNOWN AT THIS ADDRESS               ___ UNABLE TO LOCATE
___ POST OFFICE HAS NO ADDRESS              ___ DISTRICT ATTORNEY RECALLED
___ THIS ADDRESS NOT IN OUR PARISH          ___ NOT SERVED IN TIME FOR
___ HOLD-REQUEST OF _____         COURT DATE/PAST COURT
___ IN ARMED FORCES                         ___ HOSPITALIZED/DECEASED
___ RECEIVED TOO LATE FOR SERVICE
___ COMMENTS OR OTHER REASONS FOR NOT SERVING _____
    _____

RETURNED: PARISH OF _____ this ____ day of _____ , 20 _____.


SERVICE:  $ _____
MILEAGE:  $ _____        BY: _____
TOTAL:    $ _____                 DEPUTY SHERIFF

                                                            0024

## CITATION

BEVERLY HENRY et al

VERSUS

DAVITA DIALYSIS CENTER

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00116972C

SERVE:   DAVITA ACCOUNTABLE CARE SOLUTIONS LLC   THRU AGENT
         CORPORATION SERVICE COMPANY
         501 LOUISIANA AVENUE
         BATON ROUGE, LA.  70802

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney SAMUELS, KARA HADICA and was
issued by the Clerk of Court on the 21ST day of SEPTEMBER, 2016.

_Bittney Falcon_
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

*****************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
*****************************************************************
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### SHERIFF'S RETURN

Received on the _____ day of _____ ,20___ and on the _____ day
of _____ , 20 ___ served the above named party as follows:
DATE SERVICE ATTEMPTED:_____ TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____ TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____ TIME SERVICE ATTEMPTED:_____AM/PM
TYPE OF SERVICE:
___ PERSONAL
___ DOMICILIARY
___ ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
___ MOVED (NEW ADDRESS) _____   ___ MOVED, ADDRESS UNKNOWN
___ NOT KNOWN AT THIS ADDRESS             ___ UNABLE TO LOCATE
___ POST OFFICE HAS NO ADDRESS            ___ DISTRICT ATTORNEY RECALLED
___ THIS ADDRESS NOT IN OUR PARISH        ___ NOT SERVED IN TIME FOR
___ HOLD-REQUEST OF _____     COURT DATE/PAST COURT
___ IN ARMED FORCES                       ___ HOSPITALIZED/DECEASED
___ RECEIVED TOO LATE FOR SERVICE
___ COMMENTS OR OTHER REASONS FOR NOT SERVING _____
_____
RETURNED: PARISH OF _____ this ____ day of _____ , 20 _____ .

SERVICE:  $ _____       BY: _____
MILEAGE:  $ _____             DEPUTY SHERIFF
TOTAL:    $ _____

0016

CITATION

BEVERLY HENRY et al

VERSUS

DAVITA DIALYSIS CENTER

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00116972C

SERVE: DVA HEALTHCARE RENAL CARE INC   THRU AGENT
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA.  70802

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney SAMUELS, KARA HADICA and was
issued by the Clerk of Court on the 21ST day of SEPTEMBER, 2016.

_Brittney Falcon_
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

*****************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
*****************************************************************
------------------------------------------------------------------

### SHERIFF'S RETURN

Received on the _____ day of _____ ,20___ and on the _____ day
of _____ , 20 ___ served the above named party as follows:
DATE SERVICE ATTEMPTED:_____   TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____   TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____   TIME SERVICE ATTEMPTED:_____AM/PM
TYPE OF SERVICE:
___ PERSONAL
___ DOMICILIARY
___ ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
___ MOVED (NEW ADDRESS)_____        ___ MOVED, ADDRESS UNKNOWN
___ NOT KNOWN AT THIS ADDRESS                 ___ UNABLE TO LOCATE
___ POST OFFICE HAS NO ADDRESS                ___ DISTRICT ATTORNEY RECALLED
___ THIS ADDRESS NOT IN OUR PARISH            ___ NOT SERVED IN TIME FOR
___ HOLD-REQUEST OF _____               COURT DATE/PAST COURT
___ IN ARMED FORCES                           ___ HOSPITALIZED/DECEASED
___ RECEIVED TOO LATE FOR SERVICE
___ COMMENTS OR OTHER REASONS FOR NOT SERVING _____
_____

RETURNED: PARISH OF _____ this ____ day of _____ , 20 _____ .

SERVICE:  $ _____          BY: _____
MILEAGE:  $ _____              DEPUTY SHERIFF
TOTAL:    $ _____

0022

## CITATION

BEVERLY HENRY et al                     23RD JUDICIAL DISTRICT COURT

VERSUS                                    PARISH OF ASCENSION

DAVITA DIALYSIS CENTER                    STATE OF LOUISIANA


DOCKET NUMBER: 00116972C

SERVE: **DAVITA DENHAM SPRINGS KIDNEY CARE LLC   THRU AGENT**
       CORPORATION SERVICE COMPANY
       501 LOUISIANAN AVENUE
       BATON ROUGE, LA.  70802

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney SAMUELS, KARA HADICA and was
issued by the Clerk of Court on the 21ST day of SEPTEMBER, 2016.

                              _Bittney Falcon_
                              Deputy Clerk of Court for
                              Bridget Hanna, Clerk of Court




**************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
**************************************************************************
--------------------------------------------------------------------------
                          **SHERIFF'S RETURN**
Received on the _____ day of _____ ,20___ and on the _____ day
of _____ , 20 ___ served the above named party as follows:
DATE SERVICE ATTEMPTED:_____  TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____  TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____  TIME SERVICE ATTEMPTED:_____AM/PM
TYPE OF SERVICE:
___ PERSONAL _____
___ DOMICILIARY _____
___ ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
___ MOVED (NEW ADDRESS)_____   ___ MOVED, ADDRESS UNKNOWN
___ NOT KNOWN AT THIS ADDRESS             ___ UNABLE TO LOCATE
___ POST OFFICE HAS NO ADDRESS            ___ DISTRICT ATTORNEY RECALLED
___ THIS ADDRESS NOT IN OUR PARISH        ___ NOT SERVED IN TIME FOR
___ HOLD-REQUEST OF _____           COURT DATE/PAST COURT
___ IN ARMED FORCES                       ___ HOSPITALIZED/DECEASED
___ RECEIVED TOO LATE FOR SERVICE
___ COMMENTS OR OTHER REASONS FOR NOT SERVING _____
                                              _____

RETURNED: PARISH OF _____ this ____ day of _____ , 20 _____ .


SERVICE:  $ _____        BY: _____
MILEAGE:  $ _____                   DEPUTY SHERIFF
TOTAL:    $ _____
                                                            0018

RECEIVED AND FILED.
BRIDGET HANNA,
CLERK OF COURT

**TWENTY-THIRD JUDICIAL DISTRICT COURT** SEP 21 AM 11: 09

**STATE OF LOUISIANA**

**PARISH OF ASCENSION**

Original Signed by
BY ___Donna Taylor___
D. Y. CLERK & RECORDER
ASCENSION PARISH, LA

NO.:                                    DIVISION:

**BEVERLY HENRY, DANNY TAYLOR, DIONNE TAYLOR, AND OLIVIA TAYLOR**

**VERSUS**

**DAVITA DIALYSIS CENTER OF DONALDSONVILLE, LOUISIANA**

FILED: _____

**FAX FILED**

DEPUTY CLERK

SEP 19 2016

Original Signed by
Donna Taylor

**DY. CLERK OF COURT**
**ASCENSION PARISH**

**PETITION FOR DAMAGES**

TO THE HONORABLE TWENTY-THIRD JUDICIAL DISTRICT COURT FOR THE

PARISH OF ASCENSION AND THE JUDGES THEREOF:

Petitioners, Beverly Henry, Danny Taylor, Dionne Taylor, and Olivia Taylor,

individually and on behalf of their deceased mother, Beverly R. Taylor, hereby file this Petition

for Damages and respectfully represent the following:

**PARTIES**

1.

Petitioners all are of the full age of majority and are the surviving children of the

decedent, Beverly R. Taylor.

2.

Made Defendant herein is: **DaVita Dialysis Center**, of Donaldsonville, Louisiana

["Davita Dialysis Center"], which, upon information and belief, is an out-of-state Defendant that

is authorized to do and/or doing business in the State of Louisiana at all times pertinent herein.

## VENUE

3.

Venue is proper in this judicial district, as the wrongful conduct complained of herein occurred in the Parish of Ascension, State of Louisiana.

## FACTUAL BACKGROUND

4.

On or about July 2, 2015, the decedent, fifty-five year old Beverly R. Taylor, was a renal patient undergoing dialysis at Davita Dialysis Center in Donaldsonville, Louisiana.

5.

Following discharge from Davita Dialysis Center in Donaldsonville, Louisiana on or about July 2, 2015, Beverly R. Taylor severely hemorrhaged through her dialysis shunt, which had been placed in her right upper extremity, as the result of a ruptured aneurysm/psueudoaneurysm of the shunt.  The event directly and/or proximately caused her death by cardiac arrest on July 3, 2015

6.

Upon information and belief, Davita Dialysis, acting through its agents, employees, contractors and those for whom it is legally responsible, negligently placed Ms. Taylor's dialysis shunt and/or negligently failed to recognize the condition of Ms. Taylor's shunt and revise and/or relocate the shunt prior to discharging her.  As a result, Ms. Taylor tragically died and/or lost the chance to survive.

7.

To date, the only certified medical records that Petitioners have received are those of St. Elizabeth Hospital and Our Lady of the Lake Hospital.  Davita Dialysis Center received a written request for medical records, *pro se*, from Ms. Beverly Henry on August 11, 2015, complete with an affidavit of kinship and HIPAA compliant medical authorization form.  *To date, however, Davita Dialysis Center has refused to honor that request*, prompting undersigned counsel to issue a second written request (which still has not been honored).  Accordingly, Petitioners

2

expressly reserve the right to supplement and/or amend this Petition for Damages when a complete, certified copy of Beverly R. Taylor's medical records is finally received.

8.

Based upon information provided by the Louisiana Patient's Compensation Fund and the Louisiana Division of Administration, Davita Dialysis Center is not a qualified healthcare provider under the Louisiana Medical Malpractice Act. Accordingly, this Petition for Damages is ripe and timely as to Davita Dialysis Center.

## CAUSES OF ACTION
### COUNT I:     COUNTS OF NEGLIGENCE
### BROUGHT UNDER LOUISIANA CIVIL CODE ARTICLES 2315 AND 2316
### AND THE LOUISIANA MEDICAL MALPRACTICE ACT

9.

Beverly R. Taylor's injuries, damages, and death were caused, contributed to, and/or precipitated by the negligence and/or departures from the proper standard of medical care of Davita Dialysis Center. Defendant is liable to Petitioners for the following reasons:

10.

Defendant, Davita Dialysis Center, is liable unto Petitioners because Beverly R. Taylor's injuries, damages, and death were proximately and legally caused by the fault, including negligence, of Davita Dialysis Center and its officers, agents, employees, and those for whom it is legally responsible, including the following negligent acts of omission and commission, among others, which may be shown during the trial:

    a.  Negligently placing or inserting Ms. Taylor's shunt;

    b.  Negligently failing to realize that Ms. Taylor's shunt had been improperly inserted or placed;

    c.  Negligently failing to revise Ms. Taylor's shunt before she was discharged;

    d.  Negligently failing to relocate Ms. Taylor's shunt before she was discharged; and/or

e.   Failure to supervise and/or train the employees of Davita Dialysis Center.

## COUNT II:   WRONGFUL DEATH

11.

Plaintiffs hereby incorporate all of the foregoing allegations by reference for the purposes of Count II.

12.

Davita Dialysis Center breached the standard of care in treating Beverly R. Taylor, and the aforementioned breaches of the standard of care caused Ms. Taylor's untimely death. Alternatively, the Defendant's breaches of the standard of care caused Ms. Taylor to suffer a loss of the chance to survive.

13.

The decedent's surviving children, Beverly Henry, Danny Taylor, Dionne Taylor, and Olivia Taylor, bring this wrongful death action, pursuant to Louisiana Civil Code art. 2315.2, as statutory beneficiaries.

## COUNT III:  SURVIVAL ACTION

14.

Plaintiffs hereby incorporate all of the foregoing allegations by reference for the purposes of Count III.

15.

Davita Dialysis Center breached the standard of care in treating Beverly R. Taylor, and the aforementioned breaches of the standard of care caused Ms. Taylor to suffer severe and painful injuries and damages prior to her untimely death.

16.

The decedent's surviving children, Beverly Henry, Danny Taylor, Dionne Taylor, and Olivia Taylor, bring this survival action, pursuant to Louisiana Civil Code art. 2315.1, as statutory beneficiaries.

4

## DAMAGES

17.

As a result of the Defendant's foregoing acts of negligence, Beverly R. Taylor met an untimely death at the age of fifty-five years.

18.

As a result of the foregoing acts of negligence of Defendant, Davita Dialysis Center, Beverly R. Taylor sustained severe and painful injuries and damages prior to her death.  Said injuries and damages include, but are not limited to:

    a.  Loss of physical capacity;

    b.  Pain and suffering;

    c.  Keen fear and mental anguish;

    d.  Emotional distress;

    e.  Embarrassment and humiliation;

    f.  Loss of the enjoyment of life;

    g.  Past medical expenses;

    h.  Loss of the chance of a better medical outcome or loss of the chance to survive; and

    i.  Any and all other damages as are reasonable in the premises.

19.

As a result of the foregoing acts of negligence of Defendant, Davita Dialysis Center, Petitioners, Beverly Henry, Danny Taylor, Dionne Taylor, and Olivia Taylor, sustained severe and painful personal injuries and damages, for their mother suffered severe medical complications and death as a result of this incident.  Said injuries and damages include, but are not limited to:

    a.  Loss of consortium;

    b.  Loss of companionship, affection, society, and service;

    c.  Expenses associated with the care of their mother;

    d.  Funeral and burial expenses;

and

e. Any and all other damages as are reasonable in the premises.

<u>PRAYER</u>

20.

**WHEREFORE**, Petitioners, Beverly Henry, Danny Taylor, Dionne Taylor, and Olivia Taylor, pray that Defendant, Davita Dialysis Center of Donaldsonville, Louisiana, be served with a copy of this Petition for Damages and that, after due proceedings, there be judgment herein in favor of Petitioners and against Defendant, for all damages as are reasonable in the premises, together with legal interest thereon from the date of the filing of this Petition for Damages until paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

**KARA HADICAN SAMUELS & ASSOCIATES, L.L.C.**

*KARA HADICAN SAMUELS*
KARA HADICAN SAMUELS (#29234)
NORA R. UDELL (#34795)
935 Gravier Street, Suite 1150
New Orleans, Louisiana 70112
Telephone: (504) 558-9478
Facsimile: (504) 558-9482
E-mail: kara@karasamuels.com
E-mail: nora@karasamuels.com

—and—

**LAW OFFICE OF JOHN REDMANN, P.L.C.**

John W. Redmann (#19984)
1101 Westbank Expressway
Gretna, LA 70053
Telephone: (504) 433-5550
Facsimile: (504) 433-5556
E-mail: john@redmannlaw.com

*Attorneys for Plaintiffs*

*Service Instruction on Next Page*

A TRUE COPY
B. Falcon
Deputy Clerk & Recorder
ASCENSION PARISH  9|22|16

6

**PLEASE SERVE:**

**DaVita Accountable Care Solutions, LLC**
Through its Registered Agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**DaVita Denham Springs Kidney Care, LLC**
Through its Registered Agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**DVA, L.L.C.**
Through its Registered Agent:
Samuel David Abraham
120 E. Third Street
Lafayette, LA 70501

**DVA Healthcare Renal Care, Inc.**
Through its Registered Agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**DVA Renal Healthcare Inc.**
Through its Registered Agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

7