UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY HENRY, ET AL | CIVIL ACTION |
| VERSUS | NO. 16-15895 |
| DAVITA DIALYSIS CENTER OF DONALDSONVILLE, LA, ET AL | SECTION: L (2) |

J U D G M E N T

Considering the Court's Order and Reasons entered herein on March 19, 2018, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Defendant, DVA Renal Healthcare, Inc. and against Plaintiffs, Beverly Henry, Danny Taylor, Dionne Marlene Taylor and Olivia Taylor, dismissing said plaintiffs' claims with prejudice and costs.

New Orleans, Louisiana, this   21st   day of March, 2018.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE